IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

GS HOLISTIC, LLC,

          Plaintiff,    :    Case No. 2:23-cv-3931

                                                    District Judge Walter H. Rice
- vs -                                    Magistrate Judge Michael R. Merz

TK HAMILTON, INC., et al.,

          Defendants.    :

## REPORT AND RECOMMENDATIONS

     On May 16, 2024, Plaintiff requested and received an extension of time to and including June 16, 2024, to perfect service on Defendant Nasser Nasser (ECF Nos. 9 and 10).  As of the date of this Report, Defendant Nasser Nasser has not been served.  Also on May 16, 2024, Plaintiff made return of service on Defendants TK Hamilton, Inc., and Saleh Salim showing service had been made on February 28, 2024, requiring them to answer by March 20, 2024.

     As of the date of this Report Plaintiff has neither completed service on Nasser Nasser nor moved to find the other Defendants in default.  It is accordingly respectfully recommended that the Complaint be dismissed without prejudice as against Nasser Nasser for lack of service of process and as to the remaining defendants for want of prosecution.

July 29, 2024.

1

**NOTICE REGARDING OBJECTIONS**

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to the proposed findings and recommendations within fourteen days after being served with this Report and Recommendations. Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. A party may respond to another party's objections within fourteen days after being served with a copy thereof.  Failure to make objections in accordance with this procedure may forfeit rights on appeal. #

s/ *Michael R. Merz*
United States Magistrate Judge
