THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| GS HOLISTIC, LLC, | : | |
| Plaintiff/Counter-Defendant, | : | Case No. 2:23-cv-3931 |
| v. | : | Judge Walter H. Rice |
| TK HAMILTON INC., d/b/a TOBACCO KING, *et al.*, | : | Mag. Judge Michael R. Merz |
| Defendants/Counter-Plaintiffs. | | |

ORDER OVERRULING AS MOOT MOTION TO DISMISS INITIAL COUNTERCLAIM OF PLAINTIFF/COUNTER-DEFENDANT GS HOLISTIC, LLC (DOC. #45); DEFENDANTS/COUNTER-PLAINTIFFS TK HAMILTON, INC., d/b/a TOBACCO KING, AND SALEH SALIM SHALL RESPOND TO PLAINTIFF'S MOTION TO DISMISS AMENDED COUNTERCLAIM (DOC. #69) WITHIN THE TIME SET FORTH IN S.D. OHIO CIV.R. 7.2(a)(2)

This case is before the Court on Plaintiff GS Holistic, LLC's Motion to Dismiss the Counterclaim of Defendants TK Hamilton, Inc., d/b/a Tobacco King, and Saleh Salim. (Doc. #45) On November 27, 2023, Plaintiff filed its Complaint (Doc. #1), and Defendants filed an Answer on May 19, 2025, raising an initial Counterclaim for abuse of process. (Doc. #38, PAGEID 133-35). On June 2, 2025, pursuant to Federal Rule 15(a)(1)(B), Plaintiff filed an Amended Complaint (Doc. #40), and on September 2, 2025, Defendants filed an Answer and Amended Counterclaim, raising an Amended Counterclaim of abuse of process. (Doc. #64,

PAGEID 252-55). "Generally, amended pleadings superseded original pleadings[,]" *Hayward v. Cleveland Clinic Fdn.*, 759 F.3d 601, 617 (6th Cir. 2014), meaning that the initial Counterclaim, the subject of Plaintiff's Motion to Dismiss, is a nullity. Recognizing this, Plaintiff has filed a Motion to Dismiss the Amended Counterclaim. (Renewed Motion, Doc. #69).

Accordingly, Plaintiff's initial Motion (Doc. #45) is OVERRULED AS MOOT. Defendants shall respond to the Renewed Motion (Doc. #69) within the time set forth under S.D. OHIO CIV.R. 7.2(a)(2).

IT IS SO ORDERED.

September 22, 2025

WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT

2