THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

GS HOLISTIC, LLC.

Plaintiff,

vs.

CRYSTALS UP IN SMOKE INC.,
d/b/a UP IN SMOKE, *et al.*

Defendants.

CASE NOS.
1:23-cv-627
1:23-cv-634
1:23-cv-635
1:23-cv-636
1:23-cv-638
1:23-cv-639
1:23-cv-641
1:23-cv-648
1:23-cv-671
1:23-cv-672
1:23-cv-673
1:23-cv-674
1:23-cv-677
1:23-cv-708
1:23-cv-748
1:24-cv-451
1:24-cv-553
1:25-cv-163
2:23-cv-3231
2:23-cv-3234
2:23-cv-3472
2:23-cv-3578
2:23-cv-3601
2:23-cv-3604
2:23-cv-3606
2:23-cv-3760
2:23-cv-3761
2:23-cv-3762
2:23-cv-3782
2:23-cv-3786
2:23-cv-3811
2:23-cv-3928
2:23-cv-3931
3:23-cv-294
3:23-cv-307
3:23-cv-317

3:23-cv-323
3:23-cv-324
3:23-cv-325
3:23-cv-328
3:23-cv-336
3:23-cv-350
3:23-cv-351

Judge Walter H. Rice
Magistrate Judge Michael R. Merz

---

ORDER DIRECTING COUNSEL FOR PLAINTIFF GS HOLISTIC, LLC TO NOTIFY THE COURT ON THE STATUS OF EACH CAPTIONED CASE, INCLUDING ANY PROGRESS ON SETTLEMENT NEGOTIATIONS, NO LATER THAN 5:00 P.M. EST ON DECEMBER 19, 2025, ALL OTHER DEADLINES SET FORTH IN THE COURT'S NOVEMBER 19, 2025, SCHEDULING ORDER (CASE NO. 1:23-cv-627, DOC. #28) REMAIN IN EFFECT

---

On November 19, 2025, the Court set forth an omnibus Scheduling Order for the above-captioned cases. (*See, e.g.*, Case No. 1:23-cv-627). In that Order, the Court directed all parties to "engage in earnest, good-faith settlement discussions " until "5:00 p.m. EST on Friday, January 2, 2026." (*Id.* at PAGEID 128). As part of its inherent authority to manage its dockets, the Court ORDERS counsel for Plaintiff GS Holistic, LLC to provide brief (at most one-paragraph) status updates on **each** of the captioned cases, including any progress on settlement negotiations, no later than **5:00 p.m. EST on Friday, December 19, 2025**. The captions in the update filings should list only the parties to that particular case, and each update should pertain only to the particular case.

**IT IS SO ORDERED.**

Date: December 10, 2025

Walter H. Rice
WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT