IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

GS HOLISTIC, LLC,

Plaintiff,

v.

TK HAMILTON INC., d/b/a
TOBACCO KING, *et al.*,

Defendants.

:

:

:

:

:

:

Case No. 2:23-cv-3931

Judge Walter H. Rice

---

ORDER SUSTAINING IN PART AND OVERRULING WITHOUT
PREJUDICE IN PART PLAINTIFF GS HOLISTIC, LLC'S UNOPPOSED
MOTION TO REFER MATTER TO MEDIATION AND FOR EXTENSION OF
TIME FOR PLAINTIFF TO FILE MOTION FOR SUMMARY JUDGMENT
(DOC. #88); THE CAPTIONED CASE IS REFERRED TO MAGISTRATE
JUDGE PETER B. SILVAIN, JR., ALTERNATIVE DISPUTE RESOLUTION
COORDINATOR, FOR SCHEDULING MEDIATION NO LATER THAN
JUNE 16, 2026; PURSUANT TO PRETRIAL CONFERENCE ORDER (DOC.
#82), DEADLINE FOR PLAINTIFF TO FILE MOTION FOR SUMMARY
JUDGMENT REMAINS JULY 1, 2026

---

This case is before the Court on Plaintiff GS Holistic, LLC's April 17, 2026,

Unopposed Motion to Refer Matter to Mediation and for an Extension of Time to

File its Motion for Summary Judgment. (Unopposed Motion, Doc. #88). Therein,

Plaintiff and Defendants TK Hamilton Inc., d/b/a Tobacco King, and Saleh Salim

pray that the Court refer the matter to mediation and "respectfully request sixty

(60) days from the date of this Motion within which to conduct mediation." (*Id.* at

PAGEID 350).  Plaintiff also asks that this Court "extend Plaintiff's deadline to file its Motion for Summary Judgment until after mediation[.]" (*Id.* at PAGEID 351).

Finding good cause shown, the Court SUSTAINS the Unopposed Motion's request for mediation.  The undersigned REFERS the captioned matter to Magistrate Judge Peter B. Silvain, Jr., Alternative Dispute Resolution Coordinator, for the purposes of conducting mediation no later than June 16, 2026.  However, pursuant to the Court's Preliminary Pretrial Conference Order, the deadline for Plaintiff to file a motion for summary judgment is not until July 1, 2026.  (Doc. #82, PAGEID 330).  Accordingly, the Unopposed Motion's request for extension of time to file a motion for summary judgment is OVERRULED WITHOUT PREJUDICE to renewal if, after mediation, Plaintiff can demonstrate that it needs additional time to prepare a dispositive motion.

IT IS SO ORDERED.

May 21, 2026

WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT

2