**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| GS HOLISTIC, LLC, | : | Case No. 2:23-cv-3931 |
| | : | |
| Plaintiff, | : | District Judge Walter H. Rice |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| vs. | : | (mediation referral) |
| | : | |
| TK HAMILTON INC, *et al.*, | : | |
| | : | |
| Defendants. | : | |

# ORDER FOR COURT-CONDUCTED MEDIATION

The above-captioned case is hereby set for mediation *via Zoom*[1] at **9:00 a.m.** on **July 17, 2026**. The terms and conditions of the mediation are as follows:

**Designation of Mediator:** Magistrate Judge Peter B. Silvain, Jr. will serve as the mediator in this case.

**Confidential Mediation Statements:** Each party shall submit the attached *ex parte* mediation conference statement directly to Judge Silvain's chambers (via email at Silvain_Chambers@ohsd.uscourts.gov) no later than **5:00 p.m.** on **July 10, 2026**. The parties must comply with the formatting provided by the Court and shall not merely provide copies of previously filed motions. Mediation statements shall not be exchanged with other parties. Mediation statements are not to be filed on the Court's docket. These statements will be maintained by the Court separate and apart from the case file.

**Attendance and Participation:** Unless excused by the Court, the parties or party representatives with complete authority to negotiate a settlement of the case shall attend the mediation session.

[1] The Court will send Zoom meeting information to the parties' attorneys.

**Confidentiality:** Pursuant to S.D. Ohio Civ. R. 16.3(c), all statements made by the parties relating to the substance or merits of claims or defenses made in the case, whether written or oral, made for the first time during the mediation conference or in the required mediation conference statements, shall be kept confidential by the Court, the parties, and counsel. Such statements shall not be admissible as evidence, for any reason, during the trial of this case. Furthermore, no party is permitted to record any portion of the mediation without express permission of the Court.

**IT IS SO ORDERED**.

June 5, 2026

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge